UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAPITAL CROSSING BANK,

    Plaintiff,

v.        Case No. 8:06-cv-660-T-24 MAP

ROBERT L. MINOR, ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Motion for Entry of Default. (Doc. No. 17). In this motion, Plaintiff requests entry of default against the vessel M/Y Y KNOT. Local Admiralty Rule 7.03(h) directs Plaintiff to file proof that notice of the action and arrest has been given by: (1) service upon the person having custody of the property; (2) delivery or certified mail to every other person, including any known owner, who has not appeared in the action and is known to have or claims to have a possessory interest in the property; and (3) publication.

In the instant case, Plaintiff fails to provide proof that notice of the action and arrest has been given by delivery or certified mail to Marie Minor (the personal guarantor of the vessel) or Robert Minor (the President of the vessel's owner, N & L, Boats, Inc. and the signatory to the promissory note). While Local Admiralty Rule 7.03(h) provides that a party may be excused for failing to give such notice upon a satisfactory showing that a diligent effort was made to give notice but was unsuccessful, Plaintiff has not made such a showing. The Court notes that the affidavits of service indicate that Plaintiff has located Robert and Marie Minor, but the process server that signed the affidavits had to give the job of serving the Minors to another process

server.  (Doc. No. 19, Ex. B).  There is no evidence that a diligent effort was made to give notice to the Minors and that such effort was unsuccessful.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default (Doc. No. 17) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of June, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record